UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Benjamin Lee
                               Plaintiff,
v.                                              Case No.: 1:11−cv−04905
                                                Honorable Geraldine Soat Brown
Illinois Bell Telephone Company
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 20, 2012:

MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held. Plaintiff's counsel fails to appear. Counsel for Defendant reports that the settlement has been consummated. Case dismissed with prejudice pursuant to settlement agreement. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.